UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:08-cv-485-FtM-29 SPC

HILTON WIENER, ILA WIENER, and
GREENWICH CAPITAL, LLC,

    Plaintiffs,

v.

BAP NEWLEAF, LLC,
BAP FORT MYERS, LLC, and
BAP DEVELOPMENT, INC.,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Defendants BAP NEWLEAF, LLC, BAP FORT MYERS, LLC, and BAP DEVELOPMENT, INC., and Plaintiffs HILTON WIENER, ILA WIENER, and GREENWICH CAPITAL, LLC, by and through their undersigned attorneys, hereby notify the Court that they have reached a settlement in principle to resolve all claims brought in this lawsuit. The parties intend on dismissing this case within the next three weeks.

Dated August 13, 2009

  s/ Philip K. Calandrino
PHILIP K. CALANDRINO
Florida Bar No. 143730
CALANDRINO LAW FIRM, P.A.
301 E. Pine Street
Suite 950
Orlando, FL 32801
(407) 843-5880; (407) 425-7905 (fax)

*Attorneys for Plaintiffs*

Respectfully Submitted,

  s/ Allen M. Levine
ALLEN M. LEVINE
Florida Bar No. 315419
PHILLIP E. DUBÉ
Florida Bar No. 0036997
BECKER & POLIAKOFF, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312-6525
(954) 987-7550; (954) 985-4176(fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that, to the best of my knowledge, all participants have access to the CM/ECF system.

      By:    s/ Allen M. Levine
      ALLEN M. LEVINE
      Florida Bar No. 315419
      ALevine@becker-poliakoff.com
      PHILLIP E. DUBÉ
      Florida Bar No. 0036997
      PDube@becker-poliakoff.com

      BECKER & POLIAKOFF, P.A.
      Emerald Lake Corporate Park
      3111 Stirling Road
      Fort Lauderdale, FL  33312-6525
      Telephone:  (954) 987-7550
      Facsimile:  (954) 985-4176

      *Attorneys for Defendants*

ACTIVE: 2663784_1